Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF California

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Marcus Lee Shahen, et al.,<br><br>Defendants. | CASE NO. CIV. S-10-0814 FCD KJN<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARCUS LEE SHAHEN, individually and d/b/a TOMMY'S BEACH BAR & GRILL; and COOL WATER RESTAURANTS, INC., an unknown business entity d/b/a TOMMY'S BEACH BAR & GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants MARCUS LEE SHAHEN, individually and d/b/a TOMMY'S BEACH BAR & GRILL, and COOL WATER RESTAURANTS, INC., an unknown business entity d/b/a TOMMY'S BEACH BAR & GRILL that the above-entitled action is hereby dismissed **without prejudice** against MARCUS LEE SHAHEN, individually and d/b/a TOMMY'S BEACH BAR & GRILL; and COOL WATER RESTAURANTS, INC., an unknown business entity d/b/a TOMMY'S BEACH BAR & GRILL to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 15, 2011, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 28, 2010         *s/ Thomas P. Riley*
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By:  Thomas P. Riley
                             Attorneys for Plaintiff
                             G & G CLOSED CIRCUIT EVENTS, LLC

Dated: June 30, 2010         *s/ Marcus Lee Shahen*
                             **MARCUS LEE SHAHEN**
                             individually and d/b/a
                             TOMMY'S BEACH BAR & GRILL
                             Defendant

Dated: June 30, 2010         *s/ Marcus Lee Shahen*
                             By: Marcus Lee Shahen
                             c/o **COOL WATER RESTAURANTS, INC.**
                             Defendant

**IT IS SO ORDERED**:

Dated:  July 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE