UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., | NO. CIV. S-10-0814 FCD KJN |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MARCUS LEE SHAHEN, et al., | |
| Defendants. | |

On August 18, 2010, plaintiff's counsel, Thomas P. Riley, notified this court that the above matter had settled.  On August 19, 2010, the court issued an Order for Dispositional Documents which required the parties to file said documents no later than February 10, 2011.  On February 17, 2011, an email was sent to plaintiff's counsel from the Courtroom Deputy Clerk, inquiring as to the status of the dispositional documents.  As of today's date, a response has not been received, nor have dispositional documents been filed.

   The Court considers counsel's failure to comply with its August 19, 2010, order a very serious violation.

   The court, therefore, makes the following order:

   1.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to comply with the court's August 19, 2010 Order.

   2.   Counsel shall file his response to the Order to Show Cause on or before March 11, 2011.

   3.   A hearing on the order to show cause, if necessary, is set for March 25, 2011, at 10:00 A.M.

   IT IS SO ORDERED.

DATED: February 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE