Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | **Case No. 2:10-cv-00814-GEB-KJN** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING; and ORDER (~~Proposed~~)** |
| **vs.** | |
| **DANIEL LEE KRAUSE,  et al.,** | **DATE:  Thursday, November 3, 2011** |
| **Defendant(s).** | **TIME:   10:00 A.M.** |

**TO THE HONORABLE KENDALL J. NEWMAN, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff G & G Closed Circuit Events, LLC, respectfully requests the opportunity to appear telephonically for the upcoming Hearing presently scheduled for Thursday, November 3, 2011 at 10:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Sacramento Division of this Honorable Court.

///

///

1    **WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear

2  by telephone for the Hearing scheduled for Thursday, November 3, 2011 at 10:00 A.M.

3

4

5    Respectfully submitted,

6

7

8  Date:   October 19, 2011    */s/ Thomas P. Riley*

9    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
     By: Thomas P. Riley

10    Attorneys for Plaintiff
     G & G Closed Circuit Events, LLC

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

1

2
## ORDER

   IT IS HEREBY ORDERED that Thomas P. Riley, Plaintiff's lead trial counsel in

3
civil action number 2:10-cv-00814-GEB-KJN styled <u>G & G Closed Circuit Events, LLC v. Shahen,

4
<u>et al.</u>,</u> is granted permission to appear telephonically at the hearing on plaintiff's motion for default

5
judgment scheduled for Thursday, November 3, 2011 at 10:00 A.M.  <u>Plaintiff's counsel shall

6
promptly contact Courtroom Deputy Matt Caspar at (916) 930-4187, and provide Mr. Caspar with

7
the number for a dedicated, hard telephone line at which the court may contact plaintiff's counsel at

8
the time of the hearing.</u>

9
   **IT IS SO ORDERED**.

10
DATED:  October 19, 2011

11

12
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28