Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | **Case No. 2:10-cv-00814-GEB-KJN** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING; and ORDER (~~Proposed~~)** |
| **vs.** | |
| **DANIEL LEE KRAUSE,  et al.,** | **DATE:  Thursday, November 3, 2011** |
| **Defendant(s).** | **TIME:   10:00 A.M.** |

**TO THE HONORABLE KENDALL J. NEWMAN, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

The undersigned counsel for Plaintiff G & G Closed Circuit Events, LLC, respectfully requests the opportunity to appear telephonically for the upcoming Hearing presently scheduled for Thursday, November 3, 2011 at 10:00 A.M.

This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the Sacramento Division of this Honorable Court.

///

///

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Hearing scheduled for Thursday, November 3, 2011 at 10:00 A.M.

Respectfully submitted,

Date:   October 19, 2011                      /s/ Thomas P. Riley
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                              By: Thomas P. Riley
                                              Attorneys for Plaintiff
                                              G & G Closed Circuit Events, LLC

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER**

IT IS HEREBY ORDERED that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:10-cv-00814-GEB-KJN styled <u>G & G Closed Circuit Events, LLC v. Shahen, et al.</u>, is granted permission to appear telephonically at the hearing on plaintiff's motion for default judgment scheduled for Thursday, November 3, 2011 at 10:00 A.M.  <u>Plaintiff's counsel shall promptly contact Courtroom Deputy Matt Caspar at (916) 930-4187, and provide Mr. Caspar with the number for a dedicated, hard telephone line at which the court may contact plaintiff's counsel at the time of the hearing.</u>

**IT IS SO ORDERED**.

DATED:  October 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE