IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,

   v.

MARCUS LEE SHAHEN, et al.,

        Defendants.

No. 2:10-cv-00814 GEB KJN

<u>ORDER</u>

        On November 3, 2011, the court heard plaintiff's motion for default judgment (Dkt. No. 26).[1] The court submitted plaintiff's motion, but permitted plaintiff to file a supplemental brief addressing discrepancies or issues raised by the record in this case that precluded the entry of a default judgment. Plaintiff was required to file such supplemental briefing on or before December 5, 2011.

        Plaintiff failed to timely file its supplemental brief. Accordingly, on December 20, 2011, the court ordered plaintiff to show cause why: "(1) [plaintiff] failed to file the supplemental briefing authorized by the court; (2) [plaintiff] or its counsel should not be sanctioned for such failure; and (3) why plaintiff's action should not be dismissed pursuant to

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

1

1  Federal Rule of Civil Procedure 41(b)."  (Order to Show Cause ("OSC"), at 1-2 (footnote
2  omitted), Dkt. No. 34.)
3         Plaintiff filed a timely response to the OSC, and also filed the above-referenced
4  supplemental brief (Dkt. No. 36).  Upon review of the contrite Declaration of Thomas P. Riley In
5  Response To This Court's Order to Show Cause (Dkt. No. 36, Doc. No. 36-2), the undersigned
6  concludes that plaintiff should not be sanctioned for its failure to timely file its supplemental
7  brief.  Although plaintiff's failure was the result of a calendaring error caused by a staffing
8  change in its counsel's office, plaintiff and its counsel are cautioned to carefully calendar all
9  filing deadlines.  As plaintiff's counsel frequently appears in this court by telephone, it seems
10 that, where as here, the court provides a filing deadline during the hearing, immediate
11 calendaring of that deadline requires minimum effort.
12        Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause filed on
13 December 20, 2012, is discharged.
14        IT IS SO ORDERED.
15 DATED:  April 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE