1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   G & G CLOSED CIRCUIT EVENTS,
     LLC,
11
                 Plaintiff,                    No. 2:10-cv-00814 GEB KJN
12
             v.
13
     MARCUS LEE SHAHEN, et al.,
14
                 Defendants.                   ORDER
15   _____/

16          On November 3, 2011, the court heard plaintiff's motion for default judgment

17   (Dkt. No. 26).[1]  The court submitted plaintiff's motion, but permitted plaintiff to file a

18   supplemental brief addressing discrepancies or issues raised by the record in this case that

19   precluded the entry of a default judgment.  Plaintiff was required to file such supplemental

20   briefing on or before December 5, 2011.

21          Plaintiff failed to timely file its supplemental brief.  Accordingly, on December

22   20, 2011, the court ordered plaintiff to show cause why: "(1) [plaintiff] failed to file the

23   supplemental briefing authorized by the court; (2) [plaintiff] or its counsel should not be

24   sanctioned for such failure; and (3) why plaintiff's action should not be dismissed pursuant to

25

26          [1] This action proceeds before the undersigned pursuant to Eastern District of California
     Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

                                                1

1  Federal Rule of Civil Procedure 41(b)."  (Order to Show Cause ("OSC"), at 1-2 (footnote

2  omitted), Dkt. No. 34.)

3          Plaintiff filed a timely response to the OSC, and also filed the above-referenced

4  supplemental brief (Dkt. No. 36).  Upon review of the contrite Declaration of Thomas P. Riley In

5  Response To This Court's Order to Show Cause (Dkt. No. 36, Doc. No. 36-2), the undersigned

6  concludes that plaintiff should not be sanctioned for its failure to timely file its supplemental

7  brief.  Although plaintiff's failure was the result of a calendaring error caused by a staffing

8  change in its counsel's office, plaintiff and its counsel are cautioned to carefully calendar all

9  filing deadlines.  As plaintiff's counsel frequently appears in this court by telephone, it seems

10  that, where as here, the court provides a filing deadline during the hearing, immediate

11  calendaring of that deadline requires minimum effort.

12          Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause filed on

13  December 20, 2012, is discharged.

14          IT IS SO ORDERED.

15  DATED:  April 25, 2012

16

17  _____

18  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26